UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES REED, | ) | No. CV 09-8886-VBF (PLA) |
|       Petitioner, | ) | **JUDGMENT** |
|     v. | ) | |
| JOHN MARSHALL, Warden, | ) | |
|       Respondent. | ) | |

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 04-05-11

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE